FILED
CLERK, U.S. DISTRICT COURT
JUN - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DEXTER S.C. FARLOUGH,<br>            Petitioner,<br>   v.<br>PEOPLE OF THE STATE OF CA,<br>            Respondent. | Case No. CV 06-04115-GPS (SH)<br>JUDGMENT |

Pursuant to the Ninth Circuit's June 3, 2008 Order remanding this matter for the limited purpose of entering a separate judgment, and

Pursuant to the Memorandum and Order Dismissing Petition for Writ of Prohibition,

IT IS ADJUDGED that the Petition for Writ of Prohibition is dismissed.

DATED: June 6, 2008

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

1